THE STATE OF MONTANA ex rel. NORMAN E. WOOD
AND BARBARA D. WOOD, Relators, v. THE DISTRICT
COURT OF THE EIGHTH JUDICIAL DISTRICT OF THE
STATE OF MONTANA, IN AND FOR THE COUNTY OF CASCADE,
AND ARTHUR B. MARTIN, A JUDGE OF THE SIXTEENTH JUDICIAL
DISTRICT, RESPONDENTS.

No. 11271.
Decided December 19, 1966.
423 P.2d 857.

PER CURIAM:

Original proceeding. Petition for writ of supervisory control
or other appropriate writ.

The relief sought is denied and the proceeding is dismissed.